IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PAMELA FORD, | § | |
| | § | No. 197, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| SEDWICK CLAIMS | § | |
| MANAGEMENT SERVICES, INC. | § | C.A. No. K19C-12-030 |
| and LOWE'S HOME CENTERS, | § | |
| INC., | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: November 18, 2020
Decided:   December 1, 2020

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## O R D E R

This 1st day of December, 2020, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its May 20, 2020 Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice